FILED

DEC 23 2016

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-88-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ERIC CLIFFORD LENIZ, | |
| Defendant. | |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 24), and for good cause being shown,

IT IS HEREBY ORDERED, the forfeiture action in the above-captioned case is **DISMISSED** with prejudice.

Dated this 22nd day of December, 2016.

SUSAN P. WATTERS
United States District Judge

1